UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

RUSSELL EUGENE DALTON,

    Plaintiff,

v.                                                   3:12-cv-539

JEFFERSON COUNTY JUSTICE CENTER,
et al.,

    Defendants.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the court **ORDERS** that this action is **DISMISSED WITH PREJUDICE** for failure to prosecute and to comply with the orders of the court. Plaintiff is **ASSESSED** the full filing fee of $350.00. The court further **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

    **ENTER:**

                                                          s/ Thomas W. Phillips
                                                           United States District Judge

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
    CLERK OF COURT